UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COREY DECKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:15-cv-00586-RLY-DML |
| ) | |
| CITY OF GREENFIELD, ) | |
| JOHN JESTER, in his official and ) | |
| individual capacities, and ) | |
| RANDY RATLIFF, in his official and ) | |
| individual capacities, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

All claims raised in Plaintiff's Complaint have been resolved by virtue of Defendants' Motion for Judgment on the Pleadings and Defendants' Motion for Summary Judgment. Accordingly, the court enters final judgment in favor of the Defendants and against the Plaintiff, Corey Decker.

**SO ORDERED** this 31st day of October 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1